■ In the Matter of BROADWAY CATERING CORP., Doing Business as STUDIO 54, Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant.—Judgment, Supreme Court, New York County, entered on September 26, 1977, unanimously affirmed on the opinion of Korn, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Evans, Markewich, Yesawich and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL CONYERS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 3, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Evans, Lane, Yesawich and Sandler, JJ.

■ 35 PARK AVENUE CORP., Appellant, v JOHN J. CAMPAGNA et al., Respondents.—Order, Supreme Court, New York County, entered on August 15, 1977, unanimously affirmed for the reasons stated by Asch, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Silverman, Fein, Lane and Sullivan, JJ.

■ GAIL HENDERSON, by Her Guardian ad Litem, ROBERT HENDERSON, et al., Respondents, v ARTHUR WOODS et al., Defendants. RONALD FANIEL, Appellant, v NATIONAL GYPSUM COMPANY, Defendant.—Order, Supreme Court, Bronx County, entered on April 17, 1978, unanimously affirmed, without costs and without disbursements. We are satisfied that the order that was signed deleted the proposed sixth decretal paragraph dismissing the cause of action of Ronald Faniel against National Gypsum Company. Concur—Birns, J. P., Silverman, Evans, Fein and Sullivan, JJ.